IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TRACY NIXON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil No. 3:13-CV-0121-K |
| | § | |
| GOLDMAN SACHS MORTGAGE | § | |
| CORPORATION, | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. Plaintiff's Objections are hereby **OVERRULED**. Accordingly, Plaintiff's Motion to Remand, filed on January 23, 2013 is **DENIED**.

Also before the Court are Plaintiff's Motion for Rule 11 Sanctions, filed on April 24, 2013; Plaintiff's Motion to Strike, filed on April 29, 2013; Plaintiff's Motion for Default Judgment, filed on April 29, 2013; and the Combined Request for Clerks Entry of Default and Motion for Default Judgment, filed on May 6, 2013.

The Court has considered the record in this case, the proper authorities, as well as the instant motions/requests and finds that they are all patently frivolous and must be and are hereby **DENIED** and are **STRICKEN** from this case.

SO ORDERED.

Signed May 14th, 2013.

*Ed Kinkeade*
**ED KINKEADE**
**UNITED STATES DISTRICT JUDGE**