IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TRACY NIXON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:13-CV-121-K (BF) |
| | § | |
| GOLDMAN SACHS MORTGAGE | § | |
| CORPORATION, | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Objections were filed on June 28, 2013. The District Court has made a *de novo* review of those portions of the proposed Findings, Conclusions, and Recommendation to which objection was made. The objections are **OVERRULED**.

Accordingly, Defendant Goldman Sachs Mortgage Company's (improperly named as Goldman Sachs Mortgage Corporation) ("GSMC") Motion for Judgment on the Pleadings and Brief in Support (doc.36) is **GRANTED**, Plaintiff's request for leave to amend his Petition is **DENIED,** and Plaintiff's claims against GSMC are **DISMISSED** with prejudice.

Furthermore, Plaintiff is hereby **WARNED** that sanctions may be imposed if he persists in filing frivolous lawsuits.

**SO ORDERED.**

Signed June 28th, 2013.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE